Lawrence Wong SBN 80852
Edward Hung SBN 221232
Wong & Associates
413 Third Street
Oakland, CA 94607
Tel: (510)451-2124
Fax: (510)451-2448

Attorney for Defendants,
LA MIAN, INC, OEC SHABU-SHABU,
LA SHANG NIANG RAMEN,
CHING SUNG SHIH DBA LA MIAN, INC,
OEC SHABU-SHABU,
LA SHANG NIANG RAMEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALFONSO RIOS,

    Plaintiffs,

vs.

LA MIAN, INC, OEC SHABU-SHABU, LA SHANG NIANG RAMEN, CHING SUNG SHIH DBA LA MIAN, INC, OEC SHABU-SHABU, LA SHANG NIANG RAMEN & DOES 1-10,

    Defendants.

Case No.: C07 05558 HRL

**ANSWER TO COMPLAINT**

COMES NOW Defendants La Mian, Inc, OEC Shabu-Shabu, La Shang Niang Ramen, Ching Sung Shih dba La Mian, Inc, OEC Shabu-Shabu, La Shang Niang Ramen (hereinafter "Defendants") in answer to Plaintiff's Complaint (hereinafter "Complaint") as follows:

1. In answer to paragraph 1 of the Complaint, Defendants admit that Plaintiff was an employee of Defendants. Defendants also admit that Plaintiff seek damages as stated in this paragraph.

2. In answer to paragraph 2 of the Complaint, Defendants deny each and every allegation contained therein.

3. In answer to paragraph 3 of the Complaint, Defendants deny each and every allegation contained therein.

4. In answer to paragraph 4 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

5. In answer to paragraph 5 of the Complaint, Defendants admit that Defendant La Mian, Inc. was a registered California Corporation during the time period of Plaintiff's employment.

6. In answer to paragraph 6 of the Complaint, Defendants admit that Defendant OEC Shabu-Shabu was a restaurant in Milpitas, California during the time period of Plaintiff's employment.

7. In answer to paragraph 7 of the Complaint, Defendants admit that Defendant La Shang Niang Ramen was a restaurant in Milpitas, California during the time period of Plaintiff's employment.

8. In answer to paragraph 8 of the Complaint, Defendants admit all allegations contained therein, except for the DOE allegations, about which Defendants have no knowledge.

9. In answer to paragraph 9 of the Complaint, Defendants admit all allegations contained therein, except for the DOE allegations, about which Defendants have no knowledge.

10. In answering paragraph 10 of the Complaint, Defendants admit that Plaintiff was an employee of Defendants.

11. In answer to paragraph 11 of the Complaint, Defendants admit that Plaintiff was employed by Defendants as a food preparer. Defendants also deny Plaintiff was employed by Defendants as a dishwasher.

12. In answer to paragraph 12 of the Complaint, Defendants deny each and every allegation contained therein.

13. In answer to paragraph 13 of the Complaint, Defendants admit that Plaintiff was paid on an hourly basis.

14. In answer to paragraph 14 of the Complaint, Defendants admit that Plaintiff was not responsible for management or administrative functions and Plaintiff's job did not require exercise of independent discretion and judgment.

15. In answer to paragraph 15 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations that he held professional licenses.  Defendants admit that Plaintiff did not directly supervise any employees or participate in the development of general administrative policies of Defendants.

16. In answer to paragraph 16 of the Complaint, Defendants deny each and every allegation contained therein.

17. In answer to paragraph 17 of the Complaint, Defendants reassert and incorporate by reference each of Defendants' responses to paragraphs 1 through 16 as if fully stated herein.

18. In answer to paragraph 18 of the Complaint, Defendants admit that Plaintiff was subject to all codes and regulations identified therein.

19. In answer to paragraph 19 of the Complaint, Defendants deny each and every allegation contained therein.

20. In answer to paragraph 20 of the Complaint, Defendants deny each and every allegation contained therein.

21. In answer to paragraph 21 of the Complaint, Defendants deny each and every allegation contained therein.

22. In answer to paragraph 22 of the Complaint, Defendants deny each and every allegation contained therein.

23. In answer to paragraph 23 of the Complaint, Defendants deny each and every allegation contained therein.

24. In answer to paragraph 24 of the Complaint, Defendants deny each and every allegation contained therein.

25. In answer to paragraph 25 of the Complaint, Defendants reassert and incorporate by reference each of Defendants' responses to paragraphs 1 through 24 as if fully stated herein.

26. In answer to paragraph 26 of the Complaint, Defendants deny each and every allegation contained therein.

27. In answer to paragraph 27 of the Complaint, Defendants deny each and every allegation contained therein.

28. In answer to paragraph 28 of the Complaint, Defendants deny each and every allegation contained therein.

29. In answer to paragraph 29 of the Complaint, Defendants deny each and every allegation contained therein.

30. In answer to paragraph 30 of the Complaint, Defendants deny each and every allegation contained therein.

31. In answer to paragraph 31 of the Complaint, Defendants deny each and every allegation contained therein.

32. In answer to paragraph 32 of the Complaint, Defendants deny each and every allegation contained therein.

33. In answer to paragraph 33 of the Complaint, Defendants are without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein.

34. In answer to paragraph 34 of the Complaint, Defendants reassert and incorporate by reference each of Defendants' responses to paragraphs 1 through 33 as if fully stated herein.

35. In answer to paragraph 35 of the Complaint, Defendants deny each and every allegation contained therein.

36. In answer to paragraph 36 of the Complaint, Defendants deny each and every allegation contained therein.

37. In answer to paragraph 37 of the Complaint, Defendants deny each and every allegation contained therein.

38. In answer to paragraph 38 of the Complaint, Defendants deny each and every allegation contained therein.

39. In answer to paragraph 39 of the Complaint, Defendants deny each and every allegation contained therein.

40. In answer to paragraph 40 of the Complaint, Defendants reassert and incorporate by reference each of Defendants' responses to paragraphs 1 through 39 as if fully stated herein.

41. In answer to paragraph 41 of the Complaint, Defendants admit all allegations therein.

42. In answer to paragraph 42 of the Complaint, Defendants deny each and every allegation contained therein.

43. In answer to paragraph 43 of the Complaint, Defendants deny each and every allegation contained therein.

44. In answer to paragraph 44 of the Complaint, Defendants deny each and every allegation contained therein.

45. In answer to paragraph 45 of the Complaint, Defendants deny each and every allegation

contained therein.

46. In answer to paragraph 46 of the Complaint, Defendants deny each and every allegation contained therein.

47. In answer to paragraph 47 of the Complaint, Defendants deny each and every allegation contained therein.

48. In answer to paragraph 48 of the Complaint, Defendants reassert and incorporate by reference the allegations of paragraphs 1-47 as if fully stated herein.

49. In answer to paragraph 49 of the Complaint, Defendants are unable to respond to this paragraph because it is unintelligible.

50. In answer to paragraph 50 of the Complaint, Defendants admit all allegations therein.

51. In answer to paragraph 51 of the Complaint, Defendants deny each and every allegation contained therein.

52. In answer to paragraph 52 of the Complaint, Defendants deny each and every allegation contained therein.

53. In answer to paragraph 53 of the Complaint, Defendants deny each and every allegation contained therein.

54. In answer to paragraph 54 of the Complaint, Defendants deny each and every allegation contained therein.

55. In answer to paragraph 55 of the Complaint, Defendants deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

Defendants allege the following separate affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff has failed to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's claims are barred in whole or in part because any conduct by Defendants were ratified by Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

In answer, Defendants allege the alleged agreement upon which the Complaint is based was founded, if at all, upon mistake and there was no meeting of the minds as to its purportedly essential terms.

### FOURTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's claims are barred in whole, or in part, by the doctrine of unclean hands and/or laches.

### FIFTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's claims are barred in whole, or in part, by the applicable statute(s) of limitations.

### SIXTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff has engaged in conduct such that Plaintiff should be equitably estopped from maintaining the positions and advancing allegations stated in the Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that the Complaint is barred in whole as Defendants have performed all the conditions and covenants required on their part to be performed under the terms of the agreement.

### EIGHTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's actions are barred by their own violations of the implied covenant of good faith and fair dealing.

### NINTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that the enforcement of the alleged contract as alleged in the Complaint is barred in that it violates the statute of frauds.

### TENTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's claims are barred in whole, or in part, by the doctrine of waiver.

### ELEVENTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff is barred from recovery because any recovery awarded to Plaintiffs would constitute unjust enrichment.

### TWELFTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff consented to the actions of Defendants and alleged damages, if any, which it claims to have sustained and recovery should be barred or diminished accordingly.

### THIRTEENTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's Complaint should be barred altogether because Plaintiffs failed to exhaust their administrative remedies.

## RESERVATION OF OTHER AFFIRMATIVE DEFENSES

In answering, Defendants reserve all rights to supplement this answer with additional denials and/or affirmative defenses, as they arise during the scope of this litigation.

## PRAYER

Wherefore, Defendants prays judgment that:

1. Plaintiff take nothing by reason of its Complaint; that judgment be rendered in favor of Defendants;

2. Defendant be awarded reasonable attorney fees and costs incurred herein; and

3. The Court grant such order and further relief as it deems proper.


Dated: November 29, 2007                              Respectfully Submitted,

                                                                          WONG & ASSOCIATES

                                                                                           /s/
_____

Edward Hung Attorney for Defendants La Mian, Inc, OEC Shabu-Shabu, La Shang Niang Ramen, Ching Sung Shih dba La Mian, Inc, OEC Shabu-Shabu, La Shang Niang Ramen