UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Alfonso Rios

                  Plaintiff(s),

         v.

La Mian, Inc., et al.

                  Defendant(s).

_____/

Case No.  C 07-05558 HRL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 1/29/08

Dated: 1/29/08

/s/
[Party] Counsel for Plaintiff

[Counsel for Defendant

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."