JAMES DAL BON CA 157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET SUITE 210
SAN JOSE, CA 95113
TEL    (408)297-4729
FAX    (408)297-4728

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfonso Rios<br><br>Plaintiff,<br><br>vs.<br><br>La Mian et al<br><br>Defendants | Case No: 07-05558HRL<br><br>CONSENT TO APPEAR BEFORE A MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

CONSENT TO APPEAR - 1

1
2
3  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
4
   Dated:  2/12/08
5
6
7  Respectfully Submitted
8
9
   _____s/jdb_____
10
     James Dal Bon
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONSENT TO APPEAR - 2