Lawrence Wong SBN 80852
Edward Hung SBN 221232
Wong & Associates
413 Third Street
Oakland, CA 94607
Tel: (510)451-2124
Fax: (510)451-2448

Attorney for Defendants,
LA MIAN, INC, OEC SHABU-SHABU,
LA SHANG NIANG RAMEN,
CHING SUNG SHIH DBA LA MIAN, INC,
OEC SHABU-SHABU,
LA SHANG NIANG RAMEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO RIOS,<br><br>    Plaintiffs,<br><br>vs.<br><br>LA MIAN, INC, OEC SHABU-SHABU, LA SHANG NIANG RAMEN, CHING SUNG SHIH DBA LA MIAN, INC, OEC SHABU-SHABU, LA SHANG NIANG RAMEN & DOES 1-10,<br><br>    Defendants. | Case No.: C07 05558 HRL<br><br>**RULE 26(f) REPORT OF MEETING** |

On February 12, 2008, counsel for Plaintiff and Defendants met by telephone conference pursuant to Fed.R.Civ.P. 26(f) and to this Court's October 31, 2007 Order Setting Initial Case Management Conference and ADR Deadlines to confer regarding the nature of claims and defenses, Rule 26(a)(1) disclosures, and to develop a proposed discovery plan. The following is as result of this conference.

1.  <u>Initial Disclosures</u>.

The parties agreed to exchange their Fed.R.Civ.P. 26(a) initial disclosures by February 19, 2008.

2. <u>Plaintiff—Subject Matter of Discovery.</u>

As of this time, Plaintiff intends to serve discovery requests regarding, but not necessarily limited to, Defendants' records as to Plaintiff's time card records, pay records, accounting records, and employee file.  Plaintiff may seek to depose the Defendants and other identified fact witnesses, as well as any experts identified by the Defendants.  Plaintiff reserves the right to seek discovery on other relevant issues based upon its further investigation and discovery.

3. <u>Defendant – Subject Matter of Discovery.</u>

As of this time, Defendant intends to serve discovery requests regarding, but not necessarily limited to, any and all of Plaintiff's records regarding his employment at Defendants' restaurant.  Defendants may seek to depose Plaintiff and other identified fact witnesses, as well as any experts identified by Plaintiff.  Defendant reserves the right to seek discovery on other relevant issues based upon its further investigation and discovery.

4. <u>Discovery Deadlines.</u>

The parties submit the following suggested deadlines for discovery:

| | |
|---|---|
| Plaintiff's expert disclosures: | July 14, 2008 |
| Defendant's expert disclosures: | July 14, 2008 |
| Discovery Cut-Off: | October 14, 2008 |

5. <u>Electronic Discovery.</u>

The parties agree that no changes or additions should be made to the rules concerning

the disclosure and discovery of electronically stored information imposed under the applicable Federal Rules of Civil Procedure and the Local Civil Rules.

6. <u>Claims of Privilege or of Protection as Trial Preparation Material.</u>

The parties have no current agreement on this issue to submit to the Court and expect to assert any such claims if and when they arise.

7. <u>Directives or Limitations on Discovery.</u>

The parties agree that no changes or additions should be made to the limitations on discovery imposed under the Federal Rules of Civil Procedure and the Local Civil Rules. The parties agree that there is no need to conduct discovery in phases.

8. <u>Other Orders Pursuant to Rule 26(c) or under Rule 16(b) and (c).</u>

The parties reserve the right to circulate and request entry of a Protective Order to the extent necessary. The parties will comply with this Court's requirements for protective orders and the treatment of confidential information.

Dated: February 12, 2008                    Respectfully Submitted,

                                            WONG & ASSOCIATES

                                            /s/
                                            _____
                                            Edward Hung, Attorney for Defendants
                                            La Mian, Inc, OEC Shabu-Shabu, La Shang
                                            Niang Ramen, Ching Sung Shih dba La
                                            Mian, Inc, OEC Shabu-Shabu, La Shang
                                            Niang Ramen

                                            LAW OFFICES OF JAMES DAL BON

                                            _____/JDB/_____
                                            James Dal Bon, Attorney for Plaintiff
                                            Alfonso Rios