1  James Dal Bon, SBN 157942
   Law Offices of James Dal Bon
   28 North 1st Street Suite 210
2  San Jose, CA 95113
   (408)297-4729

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALFONSO RIOS, | Case No: C07-05558 |
|---|---|
| Plaintiff, | |
| V. | JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER |
| LA MIAN, INC, OEC SHABU-SHABU, LA SHANG NIANG RAMEN, CHING SUNG SHIH DBA LA MIAN, INC, CONINUED, | |
| Defendants. | |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**DESCRIPTION OF THE CASE**

1. Plaintiff was an employee of Defendants' restaurant from March 2006 to August 2007. Plaintiff alleges that he routinely worked in excess of 8 hours per day and more than 40 hours per week. Defendants have denied these allegations.

2. (1) Whether Defendants violated California Labor Code § 510 and the Fair Labor Standards Act for failure to properly pay overtime wages; (2) whether Defendants violated California Labor Code Section 201 for failure to pay wages due and "waiting time" penalties; (3) whether Defendants violated California Business and Professions Code § 17200; and whether Defendants violated California Labor Code § 226 for failure to provide adequate pay statements.

3. The other factual issues which remain unresolved for the reason state below and how the parties propose to resolve those issues:

4. The parties which have not been served and the reasons: Does 1–10 have not been served. They are not identified. The parties do not currently expect to amend any parties, claims, or defenses, but reserve their right to do so. The parties proposed a deadline of July 14, 2008 for amending the pleadings.

5. The parties consent to assignment of this case to a United States Magistrate Judge for trial.

### ALTERNATIVE DISPUTE RESOLUTION

6. The parties have filed a Stipulation and Proposed Order Selection ADR process: Mediation.

7. Indicate any other information regarding ADR process or deadline:
The parties agree that the deadline for completing the ADR process is 90 days from the date of the order.

### DISCLOSURES

8. The parties have agreed to exchange their initial disclosures pursuant to the requirements of Fed. R. Civ. P. 26(a). Plaintiff will disclose (i) the names and relevant information regarding known fact witnesses, (ii) evidence relevant to its case (written documentation evidencing employment at Defendants' restaurant), and (iii) the applicable damages and statutory references thereto. Defendants will disclose their hard-copy documents relating to Plaintiffs' employment at Defendants' restaurant. The parties shall exchange their initial disclosures by February 19, 2008.

### SCHEDULING

9. The parties agree to the following discovery plan:

    Plaintiff's expert disclosures:    July 14, 2008

    Defendant's expert disclosures:    July 14, 2008

|   |   |
|---|---|
| Discovery Cut-Off: | October 14, 2008 |
| Deadline to add additional parties: | July 14, 2008 |
| Dispositive Motions Deadline: | December 9, 2008 |
| Pre-Trial Conference: | February 10, 2009 |
| Trial Date: | March 11, 2009 |

**TRIAL**

10. The parties expect that the trail will last for three days.


Dated: February 12, 2008                               Dated: February 12, 2008


s/eh                                                                     s/jdb
Edward Hung                                                  James Dal Bon,
Attorney for Defendants                                 Attorney for Plaintiff


**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court Orders: _____

_____

_____

_____

_____

_____

_____


Dated: _____          _____
                                                            HOWARD R. LLOYD
                                                            United States Magistrate Judge


JOINT CASE MANAGEMENT STATEMENT AND
PROPOSED ORDER  –