**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   February 19, 2008                                                                 Time in Court: 5 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

**TITLE:**  Alfonso Rios v. La Mian, Inc., et. al.
**CASE NUMBER**: C07-05558HRL
Plaintiff Attorney present: James Dal Bon
Defendant Attorney present: Edward Hung

**PROCEEDINGS: Case Management Conference**

Parties are referred to mediation.

Bench trial scheduled for November 10, 2008 with a pre-trial conference scheduled for November 4, 2008.

Court to issue written ruling.