**\*E-FILED 2/19/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFONSO RIOS, | No. C07-05558 HRL |
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| LA MIAN, INC., OEC SHABU-SHABU, LA SHANG NIANG RAMEN, CHING SUNG SHIH dba LA MIAN, INA, OEC SHABU-SHABU, LA SHANG NIANG RAMEN, | |
| Defendants. | |

On February 19, 2008, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussion held at the Conference, the court orders as follows:

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The parties have been referred to the Court's Alternative Dispute Resolution Program for mediation.

The parties shall contact the chambers of Magistrate Judge Trumbull well in advance of the Pretrial Conference to arrange a Settlement Conference to take place just prior to the Pretrial Conference.

The following schedule shall apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff | August 8, 2008 |
| Last Day for Hearing on Dispositive Motions | September 23, 2008 |
| Final Pretrial Conference | November 4, 2008, 1:30 p.m. |
| Bench Trial[1] (estimated 2 days) | November 10, 2008 |

Any motions to compel fact discovery must be filed no later than seven court days after the Fact Discovery Cutoff. (See Civ. L.R. 26-2).

Furthermore, the parties shall comply with the undersigned's Standing Order re: Pretrial Preparation with regard to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.[2]

IT IS SO ORDERED.

Dated: February 19, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] At the conference, all parties voluntarily waived a jury trial.

[2] Parties may obtain copies of all of this court's standing orders from the clerk of the court or on the court's website (www.cand.uscourts.gov).

1. **5:07-cv-5558 Notice has been electronically mailed to:**

2. James Dal Bon jdblaw@earthlink.net

3. Edward Hung Edward.Hung@sbcglobal.net

4. Lawrence Wong wonglaw@sbcglobal.net

5. **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.