# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Rios,<br><br>        Plaintiff(s),<br><br>  v.<br><br>La Mian, Inc.,<br><br>        Defendant(s). | 07-05558 HRL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**John H. Feldmann, III**
Law Offices of John H. Feldmann, III
PO Box 150329
San Rafael, CA 94915
415-453-8249

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: February 26, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05558 HRL MED                              - 2 -