# UNITED STATES DISTRICT COURT

## Northern District of California

Rios,

    Plaintiff(s),

v.

La Mian, Inc.,

    Defendant(s).

No. C 07-05558 HRL MED

**Certification of ADR Session**

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) MAY 6, 2008

2. Did the case settle?  ☒ fully  ☐ partially  ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☒ YES  ☐ NO

Dated: MAY 7, 2008

_____
Mediator, John H. Feldmann, III
Law Offices of John H. Feldmann, III
PO Box 150329
San Rafael, CA 94915

Certification of ADR Session
07-05558 HRL MED