United States District Court
For the Northern District of California

**\*E-FILED 5/14/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFONSO RIOS, | No. C07-05558 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| LA MIAN, INC., OEC SHABU-SHABU, LA SHANG NIANG RAMEN, CHING SUNG SHIH dba LA MIAN, INA, OEC SHABU-SHABU, LA SHANG NIANG RAMEN, | |
| Defendants. | |

The court is informed that this action has settled. In light of the settlement, all trial and pretrial dates have been vacated.

**On or before July 22, 2008**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **August 5, 2008, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than July 29, 2008**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as

ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

Dated: May 14, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **5:07-cv-5558 Notice has been electronically mailed to:**

2 James Dal Bon jdblaw@earthlink.net

3 Edward Hung Edward.Hung@sbcglobal.net

4 Lawrence Wong wonglaw@sbcglobal.net

5 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.