Lawrence Wong SBN 80852
Edward Hung SBN 221232
Wong & Associates
413 Third Street
Oakland, CA 94607
Tel: (510)451-2124
Fax: (510)451-2448

Attorney for Defendants,
LA MIAN, INC, OEC SHABU-SHABU,
LA SHANG NIANG RAMEN,
CHING SUNG SHIH DBA LA MIAN, INC,
OEC SHABU-SHABU,
LA SHANG NIANG RAMEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO RIOS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LA MIAN, INC, OEC SHABU-SHABU, LA SHANG NIANG RAMEN, CHING SUNG SHIH DBA LA MIAN, INC, OEC SHABU-SHABU, LA SHANG NIANG RAMEN & DOES 1-10,<br><br>　　　　Defendants. | Case No.: C07 05558 HRL<br><br>**JOINT STATEMENT TO ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Date:　　August 5, 2008<br>Time:　　10:00AM<br>Location: 280 South First Street<br>　　　　　San Jose, CA<br>　　　　　Courtroom 2, 5th Floor |

　　The parties through their counsel jointly submit the following statement regarding settlement in the above-captioned case:

　　The parties have fully executed a settlement agreement and general release. To meet the

1
Joint Statement to Order to Show Cause Re Settlement

terms of the agreement, the parties anticipate filing a voluntary dismissal of the case by August 15, 2008. The parties respectfully request that the Court continue the Order to Show Cause Re Settlement for 30 days in anticipation of the dismissal.

Dated: June 16, 2008

Respectfully Submitted,

WONG & ASSOCIATES

/s/
_____
Edward Hung Attorney for Defendants La Mian, Inc, OEC Shabu-Shabu, La Shang Niang Ramen, Ching Sung Shih dba La Mian, Inc, OEC Shabu-Shabu, La Shang Niang Ramen


/s/
_____
James Dal Bon, Esq., Attorney for Plaintiff Alfonso Rios