**United States District Court**
For the Northern District of California

**\*E-FILED 6/17/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFONSO RIOS, | No. C07-05558 HRL |
| Plaintiff, | |
| v. | **ORDER GRANTING PARTIES' REQUEST TO CONTINUE SHOW CAUSE DEADLINES** |
| LA MIAN, INC., OEC SHABU-SHABU, LA SHANG NIANG RAMEN, CHING SUNG SHIH dba LA MIAN, INA, OEC SHABU-SHABU, LA SHANG NIANG RAMEN, | |
| Defendants. | |

The parties advise that they have executed a settlement agreement and general release and expect to file a voluntary dismissal by August 15, 2008. They request an extension of the deadlines set in this court's May 14, 2008 Order to Show Cause re Settlement. Upon consideration of the request, and good cause appearing, the parties' request is GRANTED. The show cause deadlines are extended as follows:

**On or before August 15, 2008**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **September 2, 2008, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this

1  Order to Show Cause **no later than August 22, 2008**.  The joint statement shall state (1) the
2  status of the activities of the parties in finalizing settlement; and (2) how much additional time,
3  if any, is requested to finalize the settlement and file the dismissal.  If a voluntary dismissal is
4  filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties
5  need not file a joint statement in response to this Order.

7  Dated:    June 17, 2008

   _____
   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**5:07-cv-5558 Notice has been electronically mailed to:**

James Dal Bon  jdblaw@earthlink.net

Edward Hung  Edward.Hung@sbcglobal.net

Lawrence Wong  wonglaw@sbcglobal.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

3