**United States District Court**
For the Northern District of California

**\*E-FILED 6/17/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALFONSO RIOS,

          Plaintiff,

   v.

LA MIAN, INC., OEC SHABU-SHABU, LA
SHANG NIANG RAMEN, CHING SUNG
SHIH dba LA MIAN, INA, OEC SHABU-
SHABU, LA SHANG NIANG RAMEN,

          Defendants.

                                      /

No. C07-05558 HRL

**ORDER GRANTING PARTIES'
REQUEST TO CONTINUE SHOW
CAUSE DEADLINES**

     The parties advise that they have executed a settlement agreement and general release
and expect to file a voluntary dismissal by August 15, 2008. They request an extension of the
deadlines set in this court's May 14, 2008 Order to Show Cause re Settlement. Upon
consideration of the request, and good cause appearing, the parties' request is GRANTED. The
show cause deadlines are extended as follows:

     **On or before August 15, 2008**, the parties shall file a stipulated dismissal pursuant to
Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in
Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA
95113 on **September 2, 2008, 10:00 a.m.** and show cause, if any, why the case should not be
dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this

1  Order to Show Cause **no later than August 22, 2008**.  The joint statement shall state (1) the

2  status of the activities of the parties in finalizing settlement; and (2) how much additional time,

3  if any, is requested to finalize the settlement and file the dismissal.  If a voluntary dismissal is

4  filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

5  need not file a joint statement in response to this Order.

6

7  Dated:    June 17, 2008

8  _____
   HOWARD R. LLOYD
9  UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**United States District Court**

For the Northern District of California

1    **5:07-cv-5558 Notice has been electronically mailed to:**

2    James Dal Bon jdblaw@earthlink.net

3    Edward Hung Edward.Hung@sbcglobal.net

4    Lawrence Wong wonglaw@sbcglobal.net

5    **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28