Lawrence Wong SBN 80852
Edward Hung SBN 221232
Wong & Associates
413 Third Street
Oakland, CA 94607
Tel: (510)451-2124
Fax: (510)451-2448

Attorney for Defendants,
LA MIAN, INC, OEC SHABU-SHABU,
LA SHANG NIANG RAMEN,
CHING SUNG SHIH DBA LA MIAN, INC,
OEC SHABU-SHABU,
LA SHANG NIANG RAMEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO RIOS,<br><br>                Plaintiffs,<br><br>vs.<br><br>LA MIAN, INC, OEC SHABU-SHABU, LA SHANG NIANG RAMEN, CHING SUNG SHIH DBA LA MIAN, INC, OEC SHABU-SHABU, LA SHANG NIANG RAMEN & DOES 1-10,<br><br>                Defendants. | Case No.: C07 05558 HRL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER** |

Plaintiff Alfonso Rios (hereinafter referred to as "Plaintiff") and Defendants La Mian, Inc., OEC Shabu-Shabu, La Shang Niang Ramen, Ching Sung Shih dba La Mian, Inc., OEC Shabu-Shabu, and La Shang Niang Ramen (hereinafter collectively referred to as "Defendants"), through their respective counsel, hereby stipulate as follows:

1. Plaintiff and Defendants have reached a settlement with respect to claims Plaintiff

has against Defendants.

    2. As such, the parties hereby stipulate to dismiss Plaintiff's Complaint and the entire action against Defendants with prejudice.

Dated: August 15, 2008                      Respectfully Submitted,

                                                    WONG & ASSOCIATES

                                                           /s/
                                          _____
                                          Edward Hung Attorney for Defendants La Mian, Inc, OEC Shabu-Shabu, La Shang Niang Ramen, Ching Sung Shih dba La Mian, Inc, OEC Shabu-Shabu, La Shang Niang Ramen

                                                         /jdb
                                          _____
                                          James Dal Bon, Esq., Attorney for Plaintiff Alfonso Rios

## ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated:_____                                _____
                                                      HOWARD R. LLOYD
                                                      United States Magistrate Judge